IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15cr0175 |
| vs. | : | District Judge Walter H. Rice |
| | | Chief Magistrate Judge Sharon L. Ovington |
| FRANCISCO CARDOSO-FLORES, | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court for hearing on January 7, 2016, before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #13). Having conducted a full colloquy with Defendant Francisco Cardoso-Flores the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty as to Count One of the Information.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and

recommendations of the United State Magistrate Judge, and finds that Defendant Francisco Cardoso-Flores' guilty plea was knowing, voluntary, and intelligent. Defendant is FOUND guilty as charged of the offense to which she pled – specifically, Count One of the Information, Previously Removed Alien Found in the U.S. in violation of 8 U.S.C. § 1326(a)(1) and (a)(2).

                                                          Walter H. Rice
                                          United States District Judge